UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS (WORCESTER)

| | |
|---|---|
| IN RE:<br><br>Judith A. Duncanson,<br><br>Debtor. | Case No. 13-42398-EDK<br>Chapter 13 |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

You are hereby given notice that Harmon Law Offices, P.C. appears for Wells Fargo Bank, N.A. to represent its interests in this matter.  You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter, including, but not limited to notices required by Bankruptcy Rule 2002 (g) and the Local Rules of Bankruptcy Procedure, upon the undersigned at the address indicated below.

Respectfully submitted,

Wells Fargo Bank, N.A.,
By its Attorney
/s/Richard T. Mulligan

---

Richard T. Mulligan
BBO#  567602
Harmon Law Offices, P.C.
PO Box 610389
Newton Highlands, MA 02461
(617)558-0500
mabk@harmonlaw.com

Dated: October 25, 2018



UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS (WORCESTER)

| IN RE: | Case No. 13-42398-EDK |
|---|---|
| Judith A. Duncanson, | Chapter 13 |
| Debtor. | |

CERTIFICATE OF SERVICE

I, Richard T. Mulligan, state that on _October 25, 2018_____, I electronically filed the foregoing document with the United States Bankruptcy Court for the District of District of Massachusetts on behalf of Wells Fargo Bank, N.A. using the CM/ECF System. I served the foregoing document on the following CM/ECF participants:

Josef Culik

Denise M. Pappalardo

Richard T. King

I certify that I have mailed by first class mail, postage prepaid, the documents electronically filed with the Court on the following non CM/ECF participants:

Judith A. Duncanson
7 Darlene Circle
Tewksbury, MA 01876-2941

Ascension Capital Group
for Sterling Jewelers
PO Box 201347
Arlington, TX 76006

Respectfully submitted,

Wells Fargo Bank, N.A.,
By its Attorney
/s/Richard T. Mulligan

_____
Richard T. Mulligan
BBO# 567602
Harmon Law Offices, P.C.
PO Box 610389

                                                Newton Highlands, MA 02461
                                                (617)558-0500
                                                mabk@harmonlaw.com

Dated: October 25, 2018